IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KENNETH HENDERSON,    )<br>                       )<br>     Plaintiff,      )<br>                       )<br>     v.                )<br>                       )<br>MONTGOMERY COUNTY      )<br>DETENTION FACILITY and )<br>SGT. RICHARDSON,       )<br>                       )<br>     Defendants.       ) | CIVIL ACTION NO.<br>   2:24cv145-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit complaining that, while incarcerated at the Montgomery County Detention Facility in 2015, he was subjected to excessive force by the defendant correctional officer, resulting in a broken rib. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed because the statute of limitations has run on plaintiff's § 1983 claim. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record,

the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of July, 2024.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE