IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KENNETH HENDERSON, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MONTGOMERY COUNTY )<br>DETENTION FACILITY and )<br>SGT. RICHARDSON, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:24cv145-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 8) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 7) is adopted.

(3) This lawsuit is dismissed with prejudice due to running of the statute of limitations.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of July, 2024.

                                   /s/ Myron H. Thompson  
                                **UNITED STATES DISTRICT JUDGE**