IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH HENDERSON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:24cv145-MHT |
| | ) | (WO) |
| MONTGOMERY COUNTY | ) | |
| DETENTION FACILITY and | ) | |
| SGT. RICHARDSON, | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

This lawsuit is before the court on plaintiff's motion to reopen the case after entry of judgment on July 10, 2024. In his complaint, plaintiff claimed that he was assaulted by a correctional officer in 2015. The court dismissed the lawsuit with prejudice due to the running of the statute of limitations in 2017. (In other words, the deadline to file a lawsuit about the 2015 assault ended in 2017, two years after it occurred.)

In his motion to reopen, which the court must decide under Federal Rule of Civil Procedure 60(b),

plaintiff has not shown any reason that the court's decision was incorrect, such as that plaintiff wrote the wrong year. Also, though plaintiff says he did not receive the mail from the court due to being incarcerated, he does not state when his incarceration ended, so the court cannot determine whether he filed the motion within a reasonable time.

Accordingly, it is ORDERED that plaintiff's motion to reopen (Doc. 13) is denied.

DONE, this the 17th day of December, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**